UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| **CANDI MEI TAK LO** and ) | |
| **CHARLES S. DE GENNARO,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. |
| v. ) | 15-40165-FDS |
| ) | |
| **JPMORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

MEMORANDUM AND ORDER ON
MOTION FOR MEMORANDUM OF LIS PENDENS

**SAYLOR, J.**

On November 6, 2015, plaintiffs Candi Lo and Charles De Gennaro commenced the above-captioned action in Suffolk Superior Court, naming JPMorgan Chase Bank, N.A. as defendant. The case was later removed to federal court pursuant by defendant.

Plaintiff has moved by emergency motion for this Court to endorse a memorandum of *lis pendens* pursuant to Mass. Gen. Laws. ch. 184 § 15(b) with regard to the property that is the subject of the case. That statute provides that the court presiding over a pending action involving "a claim of a right to title to real property or the use and occupation thereof or the buildings thereon" shall endorse a notice of *lis pendens*. The notice is ineffective "unless and until the instrument has been endorsed by a justice of the court in which the proceeding is pending." Mass. Gen. Law ch. 184 § 15(a).

Plaintiffs have not filed a verified complaint in this case, as the statute requires. Plaintiffs have, however, filed a sworn affidavit in support of their motion that contains substantially the

same facts as the complaint. Because plaintiffs are proceeding *pro se*, the Court will construe the complaint and affidavit together as sufficient to meet the requirements of § 15(b).

Having found that the complaint in the action pending before this Court affects the title to the property located at 315 Allston St., Unit #3, Brighton, Massachusetts, and recorded in Suffolk County Land Court on Certificate C99, document number 539548, the Court GRANTS plaintiff's emergency motion and will ENDORSE plaintiff's memorandum of *lis pendens*.

**So Ordered.**

Dated:  January 6, 2016

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge