UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY MEI TAK LO,<br>CHARLES S. DE GENNARO<br><br>    Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A..<br><br>    Defendant. | Civil Action No. 1:15-CV-40165-FDS |

### MOTION TO DISMISS OF THE DEFENDANT, JPMORGAN CHASE BANK, N.A.

NOW COMES the Defendant, JPMorgan Chase Bank, N.A. ("Chase"), and respectfully requests this Honorable Court dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In further support, Plaintiffs have failed to state a claim upon which relief may be granted for each cause of action alleged in their Complaint. Furthermore, Mr. De Gennaro, as a non-party to the Mortgage, has no standing to raise any of the claims alleged. Several of Plaintiffs' causes of action are also barred by the applicable statutes of limitations. In further support, Chase relies on the Memorandum of Law in Support of Motion to Dismiss of the Defendant, JPMorgan Chase Bank, N.A., filed contemporaneously with this motion.

WHEREFORE, the Defendant, JPMorgan Chase Bank, N.A., respectfully requests this Honorable Court dismiss Plaintiffs' Complaint with prejudice, along with any other relief the Court deems appropriate.

2

        Respectfully submitted,
        The Defendant,
        **JPMORGAN CHASE BANK, N.A.,**
        By its attorney,

        /s/ Daniel R. Sonneborn
        Daniel R. Sonneborn (BBO # 679229)
        dsonneborn@preti.com
        **Preti Flaherty Beliveau & Pachios, LLP**
        60 State Street, Suite 1100
        Boston, MA  02109
        (p) (617) 226-3800
        (f) (617) 226-3801

Dated: January 20, 2016

9988581.1

**CERTIFICATE OF SERVICE**

I, Daniel R. Sonneborn, Esq., do hereby certify that on this 20th day of January, 2016, I caused true and correct copies of the foregoing to be served counsel of record for all other parties through the Court's CM/ECF system, and upon plaintiffs, Candy Mei Tak Lo and Charles S. De Gennaro, by first-class mail, postage prepaid, and e-mail:

Candy Mei Tak Lo, *pro se*
c.lo@cLosolutions.biz
Charles S. De Gennaro, *pro se*
C.DeGennaro@csdg.biz
19 Dixon Avenue
Worcester, MA 01605

          /s/ Daniel R. Sonneborn
          Daniel R. Sonneborn, Esq. (BBO # 679229)

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Counsel for the Defendants, JPMorgan Chase Bank, N.A., hereby certifies that he conferred with the pro se Plaintiffs, in a good faith attempt to resolve or narrow the issues presented in this pleading, but the parties were unable to do so.

          /s/ Daniel R. Sonneborn
          Daniel R. Sonneborn, Esq. (BBO # 679229)
          Dated: January 20, 2016